JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **ELONZA JESSE TYLER,** ) | |
| ) | |
| Petitioner, ) | Case No. EDCV 08-1480-MMM(AJW) |
| ) | |
| v. ) | |
| ) | |
| **MIKE E. KNOWLES, Warden,** ) | JUDGMENT |
| ) | |
| Respondent. ) | |
| _____) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed.

Dated: February 13, 2009

_____
Margaret M. Morrow
United States District Judge